No. 03–801. REED, SECRETARY OF STATE OF WASHINGTON *v.* DEMOCRATIC PARTY OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 03–828. BIANCHI, FORMERLY DBA M. BIANCHI OF CALIFORNIA *v.* RYLAARSDAM ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 03–877. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY *v.* BOHAN. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 03–886. SMITH *v.* BANK OF AMERICA MORTGAGE, FSB. Ct. Sp. App. Md. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 03–963. MEDTRONIC VASCULAR, INC. *v.* CORDIS CORP. C. A. Fed. Cir. Motion of Public Knowledge for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 03–966. LEWIS *v.* BANK OF AMERICA, N. A., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 03–6747. M. K. B. *v.* WARDEN ET AL. Motion of Reporters Committee for Freedom of the Press et al. for leave to intervene denied. Motion of respondents for leave to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal with redacted copies for the public record granted. Certiorari denied.